RECEIVED
USDC WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 9/21/11
    by

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOSEPH THOMAS SAVOIE<br>AKA JOSEPH SAVOY<br>         LA. DOC # 270087<br>VS.<br><br>WARDEN BURL CAIN | CIVIL ACTION NO. 6:11-cv-0917<br><br><br>SECTION P<br><br>JUDGE HAIK<br><br>MAGISTRATE JUDGE HILL |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly;

**IT IS ORDERED** that the instant second and successive petition for writ of *habeas corpus* filed pursuant to 28 U.S.C. §2254 by Joseph Thomas Savoie also known as Joseph Savoy, Louisiana Prisoner Number 270087, is hereby **TRANSFERRED** to the United States Court of Appeals for the Fifth Circuit for determination as to whether authorization to file a second or successive petition in accordance with 28 U.S.C. §2244(b)(3)(A) should be granted.

THUS DONE AND SIGNED, in chambers, in Lafayette, Louisiana, on this 20th day of September, 2011.

RICHARD T. HAIK
UNITED STATES DISTRICT JUDGE